

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00030-CR
No. 07-20-00032-CR

_____

**JODY RANDOLPH WADE, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the County Court at Law Number 2
Wichita County, Texas
Trial Court Nos. 07-11121-74529-F & 07-11120-74530-F; Honorable Greg J. King, Presiding

April 13, 2020

# ORDER

**Before QUINN, C.J., and PIRTLE and DOSS, JJ.**

Appellant, Jody Randolph Wade, appeals from the trial court's judgment revoking his deferred adjudication community supervision and adjudicating him guilty of the offense of unlawful carrying of a weapon[1] and judgment revoking his community supervision for

---

[1] TEX. PENAL CODE ANN. § 46.02(a-1)(2)(A), (b) (West Supp. 2019) (Class A misdemeanor).

the offense of driving while intoxicated.[2]  Appellant was sentenced to forty days confinement in Wichita County Jail for each offense.

We remanded the causes to the trial court on March 9, 2020, after Appellant failed to make payment arrangements for the appellate record.  On remand, the trial court was to determine, among other things, whether Appellant was entitled to have the appellate record furnished without charge pursuant to Rule of Appellate Procedure 20.2.  The trial court held a hearing on March 20, 2020.  During the hearing, Appellant notified the trial court that he did not seek to have the appellate record furnished without charge, but instead would pay for the record immediately.  Notwithstanding Appellant's representations to the trial court, satisfactory arrangements for payment have yet to be made.

Accordingly, Appellant is directed to pay for the clerk's records and reporter's records on or before April 17, 2020.  TEX. R. APP. P. 35.3(a)(2), (b)(3).  Appellant must certify to the clerk of this court, in writing, that Appellant has complied with the court's order by April 20, 2020.  The clerk's records and reporter's records shall be due thirty days after payment is received.  *Id.* at 35.3(c).  Should Appellant fail to file a *Certificate of Compliance* by the deadline set, the appeals will be dismissed for want of prosecution. *Id.* at 37.3(b).

It is so ordered.

Per Curiam

Do not publish.

---

[2] TEX. PENAL CODE ANN. § 49.04(d) (West 2011) (Class A misdemeanor).